## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**AMOS STROUP,**                                                      **PLAINTIFF**
**ADC #108618**

**v.**                                    **4:21-CV-01033-BSM**

**GARY M. ARNOLD,** *et al.*                                      **DEFENDANTS**

## ORDER

Amos Stroup's motion to dismiss [Doc. No. 16] is granted, and his claims are dismissed without prejudice.  FED. R. CIV. P. 41(a).

IT IS SO ORDERED this 29th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE