# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**AMOS STROUP,**                                                                                              **PLAINTIFF**
**ADC #108618**

**v.**                                              **4:21-CV-01033-BSM**

**GARY M. ARNOLD,** *et al.*                                                                         **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 29th day of November, 2021.

_____
UNITED STATES DISTRICT JUDGE